**STATE ex rel. UTILS. COMM'N v. CAROLINA WATER SERV., INC.**

[356 N.C. 429 (2002)]

STATE OF NORTH CAROLINA EX REL. UTILITIES COMMISSION; PUBLIC STAFF—NORTH CAROLINA UTILITIES COMMISSION; AND ROY COOPER, ATTORNEY GENERAL—NORTH CAROLINA DEPARTMENT OF JUSTICE v. CAROLINA WATER SERVICE, INC. OF NORTH CAROLINA, AND CWS SYSTEMS, INC.

No. 267PA02

(Filed 22 November 2002)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 149 N.C. App. 656, 562 S.E.2d 60 (2002), vacating and remanding with instructions an order entered 6 November 2000 by the North Carolina Utilities Commission. On 11 July 2002, the Supreme Court allowed respondents' conditional petition for discretionary review as to additional issues. Heard in the Supreme Court 17 October 2002.

*Robert P. Gruber, Executive Director, by James D. Little and Kendrick C. Fentress, Staff Attorneys, for petitioner-appellant/appellee Public Staff—North Carolina Utilities Commission; and Roy Cooper, Attorney General, by Gary R. Govert, Special Deputy Attorney General, and Margaret A. Force, Assistant Attorney General, intervenor-appellant/appellee.*

*Hunton & Williams, by Edward S. Finley, Jr., for respondent-appellants/appellees.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.